McLAUGHLIN v. MARTIN

No. 492P89

Case below: 95 N.C.App. 782

Petition by defendant (IRFFNC) for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

McMAHAN v. STOGNER

No. 491P89

Case below: 95 N.C.App. 764

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

OWENS v. PEPSI COLA BOTTLING CO.

No. 440PA89

Case below: 95 N.C.App. 47

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990.

PARKS CHEVROLET v. McILWAINE

No. 468P89

Case below: 95 N.C.App. 661

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

PIEDMONT & WESTERN INVESTMENT CORP. v. CARNES-MILLER GEAR CO.

No. 507P89

Case below: 96 N.C.App. 105

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990. Motion by plaintiff to amend petition allowed 18 January 1990.